GUSSIE SANDERS, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD CO., APPELLANT.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *Morris Edelstein.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—DONGES, J. 1.